Ira F. Twist et al., trading as Twist Brothers, appellees, v. Francis M. Burns, appellant.

Action to recover for breach of contract of sale. Judgment for plaintiffs. Appeal from the Circuit Court of Christian county; the Hon. James C. McBride and Hon. Thomas M. Jett, Judges, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed

July 9, 1919. *Certiorari* denied by Supreme Court (making opinion final).

John E. Hogan and W. B. McBride, for appellant. Allen, Humphrey & Converse, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.